O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-06858-AHM(Ex) | Date | November 2, 2009 |
|---|---|---|---|
| Title | VINCENT CUSANO v. GENE KLEIN, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Vincent Cusano, *pro se* (via tel.) | Brian Wolf |
| | Henry L. Self, III |

**Proceedings:**   Defendants' MOTION To Strike [11] (non-evidentiary)

Court circulates tentative order to counsel attending in person and hears oral argument.  For reasons and findings stated on the record, the Court denies defendant's motion to strike.

|  | : | 10 |
|---|---|---|
| Initials of Preparer | | SMO |